# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNILIN BV,<br><br>   *Plaintiff*,<br><br>v.<br><br>VILOX SWEDEN AB, ASIA US INDUSTRIAL JOINT STOCK COMPANY, and EAST TEXAS FLOORS & MORE LLC,<br><br>   *Defendants*. | CIVIL ACTION NO. 2:24-cv-00040<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING PLAINTIFF UNILIN BV'S MOTION FOR SERVICE OF PROCESS BY MAIL

Before the Court is Plaintiff Unilin BV's ("Unilin") Motion for Service of Process by Mail (the "Motion"). In the Motion, Unilin requests that, pursuant to Rule 4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure, the Court authorize the Clerk of Court to mail the Complaint and Summons to Defendant Asia US Industrial Joint Stock Company at its headquarters in Vietnam, with signed receipt requested.

Having considered the Motion and the relevant authority, the Court finds that it should be and hereby is **GRANTED**. The Clerk of Court is directed to send by Federal Express, with signed receipt requested copies of the Complaint and Summons in the above-captioned case to Defendant Asia US Industrial Joint Stock Company. The Clerk of Court is directed to address the envelope using a pre-paid shipping label. Unilin shall provide the Court with a pre-paid shipping label, envelope, and copies of the Complaint and Summons, addressed as follows:

Asia US Industrial Joint Stock Company (a.k.a. Công Ty Cổ Phần Công Nghiệp Á Mỹ)
Lot 1, Thai Hoa Industrial Park, Lien Son, Lien Hoa, Hoa Son town, Lap Thach district, Vinh Phuc province
Vietnam