## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **UNILIN BV,**<br><br>*Plaintiff*,<br><br>v.<br><br>**VILOX SWEDEN AB, ASIA US INDUSTRIAL JOINT STOCK COMPANY, and EAST TEXAS FLOORS & MORE LLC,**<br><br>*Defendants*. | CIVIL ACTION NO. 2:24-cv-00040-JRG<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANT VILOX SWEDEN AB'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that, as of this date, Defendant VILOX Sweden AB ("VILOX") is a corporation organized under the laws of Sweden. VILOX is owned by parent VILOX Holding AB, which is itself owned by VILOX Invest AB, Lintex Holding AB, and Muirfield Invest AB. None of the forementioned entities are publicly held.

Dated:  July 1, 2024                                Respectfully submitted,

                                                                     */s/ Eric H. Findlay*_____
                                                                    Eric H. Findlay
                                                                    Texas Bar No. 00789886
                                                                    FINDLAY CRAFT, P.C.
                                                                    7270 Crosswater Avenue, Suite B
                                                                    Tyler, TX 75703
                                                                    Tel: 903-534-1100
                                                                    Fax: 903-534-1137
                                                                    Email: efindlay@findlaycraft.com

                                                                    Smith R. Brittingham IV (*pro hac vice* forthcoming)

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Ave., NW
Washington, DC 20001-4413
Tel: 202-408-4000
Fax: 202-408-4400
Email: smith.brittingham@finnegan.com

Michael E. Kudravetz (*pro hac vice* forthcoming)
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Two Seaport Lane, Sixth Floor
Boston, MA 02210-2001
Tel: 617-646-1663
Fax: 617-646-1666
Email: michael.kudravetz@finnegan.com

*Counsel for Defendant VILOX Sweden AB*

## CERTIFICATE OF SERVICE

I certify that on July 1, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Eric H. Findlay
Eric H. Findlay