# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNILIN BV, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | |
| VILOX SWEDEN AB, ASIA US § | CIVIL ACTION NO. 2:24-CV-40-JRG |
| INDUSTRIAL JOINT STOCK § | |
| COMPANY, and EAST TEXAS FLOORS § | |
| & MORE LLC, § | |
| § | |
| *Defendants*. § | |

## ORDER

The Court issues this Order *sua sponte*. The Court hereby **SETS** Defendant VILOX Sweden AB's Emergency Sealed Motion to Compel Unilin's Compliance with Protective Order (Dkt. No. 117) for hearing on Wednesday, August 13, 2025, at 9:00 a.m. Central Daylight Time at the Sam B. Hall, Jr. Federal Building and United States Courthouse in Marshall, Texas. Attendance by lead and local counsel for all parties is mandatory.

As part hereof, the Court **ORDERS** the parties to meet and confer of the premises of the courthouse beginning at 8:00 a.m. in an effort to narrow or resolve their disputes prior to the hearing.

The parties are further **ORDERED** to submit a joint status report regarding the above motion by or before Tuesday, August 12, 2025, at 12:00 p.m. The joint status report must, on a dispute-by-dispute basis, inform the Court whether each dispute remains live or has been resolved. If any dispute has been narrowed but not fully resolved, a detailed explanation shall be included. The Court expects that, after the August 12 submission, the parties will continue to meet and confer in an effort to narrow or resolve their disputes prior to the hearing.

**So ORDERED and SIGNED this 8th day of August, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE