IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNILIN BV, <br><br> *Plaintiff*, <br><br> v. <br><br> VILOX SWEDEN AB, ASIA US INDUSTRIAL JOINT STOCK COMPANY, and EAST TEXAS FLOORS & MORE LLC, <br><br> *Defendants*. | § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-40-JRG |

## ORDER

Before the Court is the Unopposed Motion to be Excused from Hearing (Dkt. No. 122) filed by Defendant Asia US Industrial Joint Stock Company a/k/a AMY Grupo ("AMY"). In the Motion, Defendant AMY asks to be excused from the Court's August 13, 2025 hearing regarding Dkt. No. 117 because it is not a party to that motion. (*Id.* at 1). The Motion is unopposed. (*Id.* at 2).

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Defendant AMY is **EXCUSED** from the Court's August 13, 2025 hearing.

**So ORDERED and SIGNED this 11th day of August, 2025.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE