IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNILIN BV, <br><br> *Plaintiff,* <br><br> v. <br><br> VILOX SWEDEN AB, ASIA US INDUSTRIAL JOINT STOCK COMPANY, and EAST TEXAS FLOORS & MORE LLC, <br><br> *Defendants.* | § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. 2:24-CV-40-JRG |

## ORDER

Before the Court is the Unopposed Motion to Withdraw Emergency Motion to Compel (Dkt. No. 137) filed by Defendant VILOX Sweden AB. In the Motion, VILOX asks the Court to withdraw its previously filed Motion to Compel (Dkt. No. 117).

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Dkt. No. 117 be **WITHDRAWN**.

**So Ordered this**

**Sep 5, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE