**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **UNILIN BV** | § | |
| | § | |
| **v.** | § | **Case No.  2:24-cv-00040-JRG** |
| | § | |
| **VILOX SWEDEN AB,** *et al* | § | |

---

**MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 1
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
February 27, 2026**

**OPEN:  09:06 AM**                                                        **ADJOURN: 05:47 PM**

ATTORNEYS FOR PLAINTIFF:               See attached

ATTORNEYS FOR DEFENDANTS:          See attached.

LAW CLERKS:                                        Richard "Chipper" Adams
                                                             Hannah Keidan
                                                             Rahul Gupta

COURT REPORTER:                             Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                        Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 09:06 AM | Court opened. |
| 09:06 AM | Court's greeting, introduction and preliminary remarks to Jury Pool. |
| 09:18 AM | Court called for announcements from the parties. |
| 09:20 AM | Court continued by providing case information and preliminary instructions to Jury Pool. |
| 09:29 AM | Introduction of prospective Jurors. |
| 09:52 AM | Court provided additional instructions to Jury Pool. |
| 09:56 AM | Plaintiff's *voir dire*: Mr. Haynes. |
| 10:22 AM | VILOX Defendant's *voir dire*: Mr. Griffith. |
| 10:26 AM | AMY Defendant's *voir dire*: Ms. DeRieux. |
| 10:53 AM | Bench conference with counsel re: challenges for cause. |
| 10:54 AM | Bench conference concluded. |
| 10:54 AM | Court instructions provided to Jury Pool.  Court requested specific potential juror(s) to remain in courtroom while remainder of Jury Pool recessed. |
| 10:58 AM | Remainder of Jury Pool recessed for break. |
| 10:59 AM | Counsel approached bench. |

| TIME | MINUTE ENTRY |
|---|---|
| 11:00 AM | Strike conference began with specifically named potential juror(s). |
| 11:03 AM | Strike conference concluded.  Attorneys excused to exercise strikes. |
| 11:03 AM | Recess. |
| 11:34 AM | Court reconvened. |
| 11:34 AM | Instructions given by the Court. |
| 11:36 AM | Jurors selected and sworn. |
| 11:39 AM | Remainder of Jury Pool excused. |
| 11:40 AM | Additional instructions given by the Court. |
| 11:58 AM | Jury recessed for lunch. |
| 11:59 AM | Recess. |
| 01:03 PM | Court reconvened. |
| 01:04 PM | Jury returned to courtroom. |
| 01:05 PM | Court gave preliminary instructions to Jury. |
| 01:33 PM | Notebooks provided to Jury. |
| 01:33 PM | Continuation of Court's preliminary instructions to Jury. |
| 01:40 PM | Plaintiff's opening statement: Mr. Haynes. |
| 02:09 PM | VILOX Defendant's opening statement: Mr. Griffith. |
| 02:22 PM | AMY Defendant's opening statement: Mr. Meckes. |
| 02:27 PM | Opening statements concluded. |
| 02:27 PM | Rule invoked. |
| 02:28 PM | Plaintiff's case-in-chief. |
| 02:28 PM | Witness sworn: Mr. Bart Van der Stockt. |
| 02:29 PM | Direct examination by Mr. Haynes. |
| 02:53 PM | **Courtroom sealed**. |
| 02:54 PM | Continuation direct examination. |
| 02:58 PM | Bench conference. |
| 02:59 PM | Bench conference concluded. |
| 02:59 PM | **Courtroom unsealed**. |
| 02:59 PM | Jury recessed for break. |
| 03:00 PM | Recess. |
| 03:17 PM | Court reconvened. |
| 03:18 PM | Jury returned to courtroom. |
| 03:19 PM | Continuation direct examination. |
| 03:20 PM | **Courtroom sealed**. |
| 03:20 PM | Continuation direct examination. |
| 03:31 PM | **Courtroom unsealed**. |
| 03:31 PM | Continuation direct examination. |
| 03:43 PM | **Courtroom sealed**. |
| 03:43 PM | Continuation direct examination. |
| 03:57 PM | **Courtroom unsealed**. |
| 03:58 PM | Continuation direct examination. |
| 04:08 PM | Cross examination by Mr. Griffith (VILOX Defendant). |
| 04:15 PM | **Courtroom sealed**. |
| 04:15 PM | Continuation cross examination. |

| TIME | MINUTE ENTRY |
|---|---|
| 04:25 PM | **Courtroom unsealed**. |
| 04:25 PM | Continuation cross examination. |
| 04:31 PM | **Courtroom sealed**. |
| 04:32 PM | Continuation cross examination. |
| 04:35 PM | **Courtroom unsealed**. |
| 04:36 PM | Bench conference. |
| 04:37 PM | Bench conference concluded. |
| 04:37 PM | Continuation cross examination. |
| 04:40 PM | Bench conference. |
| 04:41 PM | Bench conference concluded. |
| 04:42 PM | Cross examination by Mr. Meckes (AMY Defendant). |
| 04:45 PM | **Courtroom sealed**. |
| 04:45 PM | Continuation cross examination. |
| 04:51 PM | Redirect examination. |
| 04:58 PM | **Courtroom unsealed**. |
| 04:58 PM | Completion of testimony of Mr. Bart Van der Stockt. |
| 04:59 PM | Mr. Cox introduced the video deposition designation of Mr. Mark Curtis. |
| 05:21 PM | Video deposition designation concluded. |
| 05:22 PM | Bench conference. |
| 05:23 PM | Bench conference concluded. |
| 05:23 PM | Witness sworn: Mr. Bobby Markovski (adverse witness). |
| 05:23 PM | Court provided explanation to Jury re: use of an adverse witness. |
| 05:24 PM | Direct examination by Mr. Haynes. |
| 05:42 PM | Court instructions to the Jury. |
| 05:44 PM | Jury recessed until 8:30 Monday morning. |
| 05:46 PM | Court directed the parties to continue with meet and confer efforts and will be available by 7:30 Monday morning to take up any unresolved disputes. |
| 05:47 PM | Court adjourned until Monday morning. |