IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **UNILIN BV** § § | |
| v. § | Case No. 2:24-cv-00040-JRG |
| § | |
| **VILOX SWEDEN AB,** *et al* § | |

MINUTES FOR JURY TRIAL DAY NO. 2
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
March 2, 2026

**OPEN:  08:27 AM**                                                                 **ADJOURN: 06:06 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Richard "Chipper" Adams<br>Hannah Keidan<br>Rahul Gupta |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:27 AM | Court opened. |
| 08:27 AM | Exhibits used Friday read into the record. |
| 08:29 AM | Jury entered the courtroom. |
| 08:30 AM | Continuation Plaintiff's case-in-chief: |
| 08:30 AM | Direct examination by Mr. Haynes of Mr. Bobby Markovski (adverse witness). |
| 09:52 AM | Bench conference. |
| 09:53 AM | Bench conference concluded. |
| 09:53 AM | Continuation direct examination. |
| 10:08 AM | Jury recessed for break. |
| 10:09 AM | Recess. |
| 10:20 AM | Court reconvened. |
| 10:21 AM | Jury returned to courtroom. |
| 10:21 AM | Continuation direct examination. |
| 10:43 AM | Cross examination by Mr. Huff (VILOX Defendant). |
| 10:46 AM | Bench conference. |
| 10:47 AM | Bench conference concluded. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:47 AM | Continuation cross examination. |
| 11:17 AM | Bench conference. |
| 11:22 AM | Bench conference concluded. |
| 11:22 AM | Continuation cross examination. |
| 11:29 AM | **Courtroom sealed**. |
| 11:30 AM | Continuation cross examination. |
| 11:36 AM | **Courtroom unsealed**. |
| 11:36 AM | Continuation cross examination. |
| 12:00 PM | Bench conference. |
| 12:01 PM | Bench conference concluded. |
| 12:02 PM | Jury recessed for lunch. |
| 12:02 PM | Recess. |
| 01:05 PM | Court reconvened. |
| 01:06 PM | Jury returned to courtroom. |
| 01:07 PM | Cross examination by Mr. Meckes (AMY Defendant). |
| 01:09 PM | Redirect examination. |
| 01:24 PM | Recross examination by Mr. Meckes (AMY Defendant). |
| 01:26 PM | Additional redirect examination. |
| 01:27 PM | Completion of testimony of Mr. Bobby Markovski (adverse witness). |
| 01:28 PM | Ms. Babaz introduced the video deposition designation of Mr. Wasim Abu Hadba. |
| 01:44 PM | Video deposition designation concluded. |
| 01:44 PM | Witness sworn: Mr. Lee Phillips. |
| 01:45 PM | Direct examination by Mr. Abhyankar. |
| 02:31 PM | Bench conference. |
| 02:32 PM | Bench conference concluded. |
| 02:34 PM | Cross examination by Mr. Griffith (VILOX Defendant). |
| 02:59 PM | Redirect examination. |
| 03:03 PM | Completion of testimony of Mr. Lee Phillips. |
| 03:03 PM | Jury recessed for break. |
| 03:04 PM | Recess. |
| 03:18 PM | Court reconvened. |
| 03:20 PM | Jury returned to courtroom. |
| 03:20 PM | Witness sworn: Ms. Julia Rowe. |
| 03:21 PM | Direct examination by Mr. Cox. |
| 03:37 PM | **Courtroom sealed**. |
| 03:38 PM | Continuation direct examination. |
| 04:19 PM | **Courtroom unsealed**. |
| 04:20 PM | Cross examination by Mr. Griffith (VILOX Defendant). |
| 04:34 PM | **Courtroom sealed**. |
| 04:35 PM | Continuation cross examination. |
| 04:38 PM | **Courtroom unsealed**. |
| 04:39 PM | Continuation cross examination. |
| 05:10 PM | Bench conference. |
| 05:11 PM | Bench conference concluded. |

| TIME | MINUTE ENTRY |
|---|---|
| 05:11 PM | Continuation cross examination. |
| 05:13 PM | Cross examination by Mr. Meckes (AMY Defendant). |
| 05:38 PM | Redirect examination. |
| 05:49 PM | Bench conference. |
| 05:50 PM | Bench conference concluded. |
| 05:50 PM | Continuation redirect examination. |
| 05:55 PM | Completion of testimony of Ms. Julia Rowe. |
| 05:55 PM | Plaintiff rested its case-in-chief. |
| 05:55 PM | Defendant VILO presented no witnesses. |
| 05:55 PM | Defendant AMY presented no witnesses. |
| 05:56 PM | Both sides rested. |
| 05:56 PM | Court provided instructions to the Jury. |
| 05:58 PM | Jury excused until 11:30 tomorrow morning. |
| 05:59 PM | Court to take up Rule 50(a) motions tomorrow morning at 8:00 AM. |
| 06:02 PM | Court to hold informal and formal charge conferences tomorrow following Rule 50(a) practice and provided instructions re: same. |
| 06:04 PM | Court reminded the parties to be prepared tomorrow morning to read into the record those exhibits used in today's proceeding. |
| 06:06 PM | Court adjourned until 8:00 AM tomorrow. |