IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNILIN BV, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:24-cv-00040-JRG |
| | § | |
| VILOX SWEDEN AB and ASIA US INDUSTRIAL JOINT STOCK COMPANY, | § | |
| | § | |
| Defendants. | § | |

## **VERDICT FORM**

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

1

As used herein, the following terms have the following meanings:

"**Unilin**" refers to Plaintiff Unilin BV.

"**Vilox**" refers to Defendant Vilox Sweden AB.

"**AMY**" or "**AMY Grupo**" refers to Defendant Asia US Industrial Joint Stock Company.

"**Defendants**" refers to Vilox and AMY, collectively.

The "**'542 Patent**" refers to U.S. Patent No. 9,890,542.

The "**'949 Patent**" refers to U.S. Patent No. 11,505,949.

The "**'055 Patent**" refers to U.S. Patent No. 11,933,055.

The "**'764 Patent**" refers to U.S. Patent No. 12,012,764.

"**Asserted Patents**" refers collectively to the '542 patent, the '949 patent, the '055 patent, and the '764 patent.

"**Asserted Claims**" refers collectively to Claim 1 of the '542 patent, Claims 1 and 4 of the '949 patent, Claim 1 of the '055 patent, and Claim 1 of the '764 patent.

## IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM

## READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES WITH THEM

## QUESTION NO. 1

Did Unilin prove by a preponderance of the evidence that AMY <u>directly</u> infringed the following claims of the Asserted Patents?

For each claim below, please answer "Yes" or "No."

**Claim 1 of the '542 Patent**
AMY            Yes: __✓__            No: _____

**Claim 1 of the '949 Patent**
AMY            Yes: __✓__            No: _____

**Claim 4 of the '949 Patent**
AMY            Yes: __✓__            No: _____

**Claim 1 of the '055 Patent**
AMY            Yes: __✓__            No: _____

**Claim 1 of the '764 Patent**
AMY            Yes: __✓__            No: _____

**Proceed to the next page.**

## QUESTION NO. 2

Did Unilin prove by a preponderance of the evidence that Vilox <u>indirectly</u> infringed the following claims of the Asserted Patents?

For each claim below, please answer "Yes" or "No."

**Claim 1 of the '542 Patent**

Vilox          Yes: ✓          No: _____

**Claim 1 of the '949 Patent**

Vilox          Yes: ✓          No: _____

**Claim 4 of the '949 Patent**

Vilox          Yes: ✓          No: _____

**Claim 1 of the '055 Patent**

Vilox          Yes: ✓          No: _____

**Claim 1 of the '764 Patent**

Vilox          Yes: ✓          No: _____

**Proceed to the next page.**

**If you answered "No" to each part of Questions No. 1 <u>and</u> 2 above, then do not answer any other question in this verdict form and proceed directly to the final page of the verdict form.**

**If you answered "Yes" to any portion of Questions No. 1 <u>or</u> 2 above, then proceed to the next page.**

**Answer Question No. 3 for Vilox <u>ONLY</u> if you found that Vilox infringed one or more of the Asserted Claims.**

**Answer Question No. 3 for AMY <u>ONLY</u> if you found that AMY infringed one or more of the Asserted Claims.**

## QUESTION NO. 3

What sum of money, if paid now in cash by Defendants, has Unilin proven by a preponderance of the evidence would compensate Unilin as a reasonable royalty for the damages resulting from the infringement you have found?

Vilox:   $ 3,019,912

AMY:   $ 815,122

**Proceed to the next page.**

**Answer Question No. 4 ONLY if you found that Vilox infringed one or more of the Asserted Claims. Otherwise, DO NOT answer Question No. 4 and proceed to the next page.**

## QUESTION NO. 4

Did Unilin prove, by a preponderance of the evidence, that Vilox's infringement was Willful?

Yes: __✓__   **OR**   No: _____

**Proceed to the next page.**

8

## **FINAL PAGE OF THE JURY VERDICT FORM**

You have now reached the end of the Verdict Form and should review it to ensure that it accurately reflects your unanimous determinations. The jury foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this _3_ day of March, 2026.

_____

Jury Foreperson