IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **UNILIN BV** | § | |
| | § | |
| v. | § | Case No. 2:24-cv-00040-JRG |
| | § | |
| **VILOX SWEDEN AB**, *et al* | § | |

MINUTES FOR JURY TRIAL DAY NO. 3
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
March 3, 2026

**OPEN:** 08:05 AM                                                                                     **ADJOURN:** 04:57 PM

ATTORNEYS FOR PLAINTIFF:            See attached

ATTORNEYS FOR DEFENDANTS:       See attached.

LAW CLERKS:                                       Richard "Chipper" Adams
                                                             Hannah Keidan
                                                             Rahul Gupta

COURT REPORTER:                            Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                      Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:05 AM | Court opened. |
| 08:05 AM | Court took up Rule 50(a) motions. |
| 08:05 AM | Court provided instructions to the parties re: hearing on Rule 50(a) motions. |
| 08:10 AM | Court began hearing argument. |
| 08:41 AM | Court heard argument and admitted Exhibit JX 047. |
| 08:43 AM | Continuation of argument re: Rule 50(a) motions. |
| 08:56 AM | Argument concluded. |
| 08:58 AM | Court made rulings as set forth in the record. |
| 09:05 AM | Completion of hearing re: Rule 50(a) motions. |
| 09:05 AM | Court to recess and reconvene at 9:30 AM to conduct informal charge conference in chambers (off the record). |
| 09:07 AM | Recess. |
| 12:31 PM | Court reconvened. |
| 12:32 PM | Exhibits used prior day read into the record. |
| 12:34 PM | Court provided instructions. |
| 12:36 PM | Formal charge conference started. |

| TIME | MINUTE ENTRY |
|---|---|
| 12:49 PM | Formal charge conference completed. |
| 12:50 PM | Recess. |
| 01:04 PM | Court reconvened. |
| 01:06 PM | Jury entered the courtroom. |
| 01:07 PM | Court proceeded to charge the Jury with final instructions. |
| 01:57 PM | Plaintiff's closing argument: Mr. Haynes. |
| 02:27 PM | VILOX Defendant's closing argument: Mr. Griffith. |
| 02:53 PM | AMY Defendant's closing argument: Mr. Meckes. |
| 03:06 PM | Plaintiff's final closing argument: Mr. Haynes. |
| 03:16 PM | Closing arguments concluded. |
| 03:16 PM | Court gave final instructions to the Jury. |
| 03:22 PM | Jury retired to the jury room to deliberate. |
| 03:24 PM | Court recessed. |
| 04:03 PM | Court reconvened. |
| 04:03 PM | Court informed counsel of a Jury note received by the Court. |
| 04:04 PM | Discussion with counsel. |
| 04:06 PM | Court instructed CSO to hand-deliver response to Jury. |
| 04:06 PM | Recess. |
| 04:44 PM | Court reconvened. |
| 04:45 PM | Court informed counsel of a Jury note received by the Court. |
| 04:46 PM | Jury entered the courtroom. |
| 04:48 PM | Court announced the verdict into the record. |
| 04:52 PM | Jurors polled representing a unanimous verdict. |
| 04:52 PM | Court accepted verdict. |
| 04:53 PM | Jurors released and excused by the Court. |
| 04:57 PM | Court adjourned. |